# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | No. 1:16-cr-00163 |
| **v.** : | |
| : | (Judge Kane) |
| **ALSHAQAH TARIQ POWELL,** : | |
| **Defendant** : | |

## ORDER

**AND NOW**, on this 12th day of June 2017, **IT IS ORDERED THAT** Defendant Alshaqah Tariq Powell's motion to suppress physical evidence (Doc. No. 38), is **DENIED**.

                                                    s/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania